NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


MATTHEW LAINE,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )          Case No. 2D17-2637
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
                                        )
_____ )

Opinion filed October 17, 2018.

Appeal from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.

Richard J. D'Amico, Ormond Beach, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and C. Todd Chapman,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

            Affirmed.

MORRIS, BLACK, and LUCAS, JJ., Concur.